IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>              Plaintiff,<br><br>v.<br><br>YIGEXU, et al.,"<br><br>              Defendants. | Case No. 24-cv-04850<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Heather K. McShain** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff General Motors LLC ("Plaintiff" or "GM") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendants Name | Line No. |
|---|---|
| zhiyan-us | 44 |
| Camerri | 62 |
| Shop-1-2-3-4-5-6-7-8-9-0-0 | 86 |

Dated this 1st day of August 2024.  Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Rachel S. Miller
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff General Motors LLC*